# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
JAN 0 7 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14CR3179-BAS |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| DRICELLA ZOILA CARRANZA (2), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offenses as charged in the Information and Superseding Information:

8 USC 1324(a)(1)(A)(ii),(v)(I) - Conspiracy to Transport Illegal Aliens

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: January 7, 2016

HON. KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE